IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KARL KENDALL, SUZANNE RAINEY and VINCENZO PERNICE, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC, BOARD OF DIRECTORS OF PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC, THE BENEFITS ADMINISTRATIVE COMMITTEE, and JOHN DOES 1-30.<br><br>Defendants. | Civil Action No. 7:20-cv-00071-D |

## ORDER

Considering the Parties' Joint Motion to Stay, and finding good cause to grant the Motion, the Court **ORDERS** as follows:

**IT IS ORDERED** that the Parties' Joint Motion to Stay is **GRANTED** and all case deadlines are stayed.

**IT IS FURTHER ORDERED** that no later than February 9, 2022, the Parties must inform the Court the result of the mediation, and, if unsuccessful, provide a proposed amended Scheduling Order for the Court's consideration.

SO ORDERED. This  1  of  December , 2021.

JAMES C. DEVER III
**United States District Judge**