# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| KARL KENDALL, SUZANNE RAINEY and VINCENZO PERNICE, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC, BOARD OF DIRECTORS OF PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC, THE BENEFITS ADMINISTRATIVE COMMITTEE, and JOHN DOES 1-30.<br><br>Defendants. | Civil Action No. 7:20-cv-00071-D |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT AND RELATED DOCUMENTS

In accordance with Local Civil Rule 6.1, Plaintiffs Karl Kendall, Suzanne Rainey, and Vincenzo Pernice (collectively, "Plaintiffs") and Defendants Pharmaceutical Product Development, LLC, the Board of Directors of Pharmaceutical Product Development, LLC, and The Benefits Administrative Committee (collectively, "Defendants") request a two-week extension of time for Plaintiffs to file their motion for preliminary approval of class-action settlement and related documents.

On December 1, 2021, at the Parties' request, the Court stayed all deadlines to allow the Parties to engage in settlement negotiations. (ECF No. 40.) On Wednesday January 26, 2022, the Parties participated in a mediation with David Geronemus (JAMS) and reached a class-wide settlement in principle to resolve all claims in this mater, subject to finalizing the terms in a formal settlement agreement. On January 31, 2022, Plaintiffs requested until Thursday, March 17, 2022,

to submit their motion for preliminary approval of this class-wide settlement and related documents. (*See* ECF No. 41.) Although the Court did not approve or deny Plaintiffs' request for a March 17, 2022 deadline, the Parties have been operating as if March 17, 2022, is Plaintiffs' deadline to file their motion for preliminary approval and related documents.

Since then, the Parties have exchanged the written settlement agreement and related documents to be filed with Plaintiffs' motion. Despite diligent effort, the Parties need additional time to review these documents with their respective clients, revise as appropriate, and confer regarding any revisions. Therefore, the Parties respectfully request that the Court extend Plaintiffs' deadline to file their motion for preliminary approval and related documents from March 17, 2022, to March 31, 2022.

Respectfully submitted, this the 16th day of March, 2022.

| **CAPOZZI ADLER, P.C.** | **ALSTON & BIRD LLP** |
|---|---|
| /s/ *Mark K. Gyandoh, Esq.* (with permission) | /s/ *Emily S. Costin* |
| Mark K. Gyandoh | Emily S. Costin |
| Gabrielle P. Kelerchian | D.C. Bar No. 500201 |
| 312 Old Lancaster Rd. | The Atlantic Building |
| Merion Station, PA 19066 | 950 F Street, NW |
| Tel: (610) 890-0200 | Washington, DC 20004-1404 |
| Fax: (717) 233-4103 | Tel: (202) 239-3300 |
| markg@capozziadler.com | Fax: (202) 239-3333 |
| gabriellek@capozziadler.com | emily.costin@alston.com |
| | |
| **CAPOZZI ADLER, P.C.** | H. Douglas Hinson |
| Donald R. Reavey, Esq. | R. Blake Crohan |
| (admitted pro hac vice) | Georgia Bar No. 356790 |
| 2933 N. Front Street, Harrisburg, PA 17110 | One Atlantic Center |
| Tel: (717) 233-4101 | 1201 West Peachtree Street |
| Fax: (717) 233-4103 | Atlanta, GA 30309-3424 |
| donr@capozziadler.com | Tel: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| **Matheson Law Office PLLC** | doug.hinson@alston.com |
| John R. Szymankiewicz | blake.crohan@alston.com |
| 16 W. Martin Street, #501 | |
| Raleigh, NC 27601 | *Attorneys for Defendants* |

Tel: 919-335-5291  
Fax: 919-516-0686  
john@mathesonlawoffice.com  
*Counsel for Plaintiffs*

Matthew P. McGuire (N.C. Bar No. 20048)  
Kelsey L. Kingsbery (N.C. Bar No. 51736)  
555 Fayetteville Street, Suite 600  
Raleigh, North Carolina 27615  
Tel: 919-862-2200  
Fax: 919-862-2260  
matt.mcguire@alston.com  
kelsey.kingsbery@alston.com  

*Local Civil Rule 83.1 Attorneys for Defendants*

# CERTIFICATE OF SERVICE

This is to certify that on this 16th day of March, 2022, I electronically filed the foregoing Joint Motion for Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

**ALSTON & BIRD LLP**

*/s/ Emily S. Costin*
Emily S. Costin
D.C. Bar No. 500201
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
Tel: (202) 239-3300
Fax: (202) 239-3333
emily.costin@alston.com

*Attorneys for Defendants*