IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KARL KENDALL, SUZANNE RAINEY and VINCENZO PERNICE, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC, BOARD OF DIRECTORS OF PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC, THE BENEFITS ADMINISTRATIVE COMMITTEE, and JOHN DOES 1-30.<br><br>Defendants. | Civil Action No. 7:20-cv-00071-D |

## ORDER

Considering the Parties' Joint Motion to Extend the Time for Plaintiffs to File Their Motion for Preliminary Approval of Class-Action Settlement and Related Documents, and finding good cause to grant the Motion, the Court **ORDERS** as follows:

**IT IS ORDERED** that the Parties' Joint Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs have until Thursday, March 31, 2022, to submit their motion for preliminary approval of class-action settlement and related documents.

SO ORDERED. This 17 day of March, 2022.

JAMES C. DEVER III
United States District Judge