IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KARL KENDALL, SUZANNE RAINEY and VINCENZO PERNICE, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC, BOARD OF DIRECTORS OF PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC, THE BENEFITS ADMINISTRATIVE COMMITTEE, and JOHN DOES 1-30.<br><br>Defendants. | Civil Action No. 7:20-cv-00071-D |

**PLAINTIFFS KARL KENDALL, SUZANNE RAINEY, AND VINCENZO PERNICE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATION, AND <u>SCHEDULING OF A FAIRNESS HEARING</u>**

Plaintiffs Karl Kendall, Suzanne Rainey, and Vincenzo Pernice (collectively, "Plaintiffs"), participants in the Pharmaceutical Product Development, LLC Retirement Savings Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement), Preliminary Approval of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval) and respectfully move this Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs'

---

[1] "Defendants" refers, collectively, to Pharmaceutical Product Development, LLC ("PPD"), Board of Directors of Pharmaceutical Product Development, LLC (the "Board"), and The Benefits Administrative Committee (the "Committee).

1

and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: March 31, 2022

Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
(admitted *pro hac vice*)
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax (717) 233-4103
Email: markg@capozziadler.com

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
(admitted *pro hac vice*)
2933 North Front Street
Harrisburg, PA 17110
(717) 233-4101
Fax (717) 233-4103
Email: donr@capozziadler.com

Counsel for Plaintiffs and
the Putative Class

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.


By: */s/ Mark K. Gyandoh*
    Mark K. Gyandoh, Esq.

3

Case 7:20-cv-00071-D   Document 44   Filed 03/31/22   Page 3 of 3